ment and sentence upon either Count Three or Count Five, and to reduce the penalty to two concurrent sentences of five years.[3]

Shields and Miller, JJ. concur.

NOTE — Reported at 381 N.E.2d 552.

EDDIE C. THOMAS *v.* REVIEW BOARD OF INDIANA EMPLOYMENT SECURITY DIVISION, WILLIAM H. SKINNER, J. FRANK HALEY, AND RALPH MILES, AS MEMBERS AND AS CONSITUTING THE REVIEW BOARD OF INDIANA EMPLOYMENT SECURITY DIVISION, AND BLAW-KNOX FOUNDRY & MACHINERY, INC.

[No. 2-1276A491. Filed October 26, 1978. Transfer granted July 18, 1979.]

VARNADOR LUCKETT *v.* STATE OF INDIANA

[No. 2-1276A447. Filed October 26, 1978.]

---

3. The record reflects that Bates retained a residue of each substance after both transactions. Thus, possession of the controlled substances was not a lesser included offense of the delivery offense. *See Kruckeberg v. State* (1978), 268 Ind. 643, 377 N.E.2d 1351.